**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – LIVE SYSTEM (FRESNO)**

| | |
|---|---|
| PETER OLNEY, on behalf of himself and all others similarly situated, | CASE NO. 1:12-CV-01724-LJO-GSA |
| Plaintiffs, | ORDER ON STIPULATION TO EXTEND TIME FOR JOB.COM, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. | |
| JOB.COM, INC., | Honorable Lawrence J. O'Neill |
| Defendant. | Ctrm:   10 |

Having considered the Stipulation by and between Defendant, Job.com, Inc., and Plaintiff, Peter Olney:

IT IS HEREBY ORDERED that Job.com, Inc. has until December 5, 2012, to answer or otherwise respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **November 26, 2012**          /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE

1

Case No. 1:12-cv-01724-LJO-GSA