# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER OLNEY,<br>(on behalf of himself and all others similarly situated),<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOB.COM, INC.,<br><br>　　　　　Defendant.<br>───────────────────────<br>JOB.COM, INC.,<br><br>　　　　　Third Party Plaintiff,<br><br>　v.<br><br>RESUMEDIRECTOR.COM, NORTH AMERICA LIVE CAREER, INC., LIVE CAREER, INC.,<br><br>　　　　　Third Party Defendants. | 1:12-cv-01724 LJO SKO<br><br><br><br>SCHEDULING ORDER |

　　　　On July 2, 2013, a scheduling conference was held. Todd Friedman. Esq., appeared telephonically on behalf of Plaintiff. Dane Bitterlin, Esq., and Hugh McCabe, Esq., appeared telephonically for Defendant and Third Party Plaintiff. Darryl Horowitt, Esq., and Scott Schaffer, Esq., appeared telephonically for Third Party Defendants.

The parties discussed the issue of intra-district venue and agreed that the Joint Scheduling Report incorrectly reflected Plaintiff's residence as San Joaquin County, rather than Stanislaus County. The parties, therefore, agreed that intra-district venue is appropriate in the Fresno division of the Eastern District of California.

The parties have proposed that Third-Party Defendants be permitted to file a motion to deny class certification. The briefing schedule as to the motion to deny class certification is as follows:

1) Initial disclosures shall be exchanged by no later than **July 15, 2013;**

2) Third-Party Defendants' motion to deny class certification shall be filed by no later than **July 11, 2013**;

3) Opposition to the motion to deny class certification shall be filed by no later than **August 22, 2013;**

4) Defendant shall file a statement of its position on the motion to deny class certification no later than **August 22, 2013;**

5) Any reply to the motion to deny class certification shall be filed by no later than **August 29, 2013;**

6) The hearing on the motion to deny class certification is set for **Thursday, September 19, 2013 at 8:15 a.m.** in Courtroom 4 before District Judge Lawrence J. O'Neill;

The Court will conduct a further scheduling conference **on October 3, 2013, at 10:00 a.m. in Courtroom 7** before Magistrate Judge Sheila K. Oberto to discuss the scope of additional discovery, applicable deadlines for a motion to certify a class, if relevant, and any other pertinent deadlines in light of Judge O'Neill's decision on the motion to deny class certification. The parties' joint scheduling report is due by no later than September 26, 2013.

IT IS SO ORDERED.

**Dated:** July 3, 2013 /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE