# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **PETER OLNEY, on behalf of himself and all others similarly situated,**<br><br>Plaintiff(s),<br><br>v.<br><br>**JOB.COM, INC., and BIRD DOG MEDIA, LLC,**<br><br>Defendant(s) and Third Party Plaintiff,<br><br>v.<br><br>**RESUMEDIRECTOR.COM, NORTH AMERICA LIVE CAREER, INC., LIVECAREER, LTD.,**<br><br>Third Party Defendants. | Case No: **12-CV-01724-LJO-SKO**<br><br>**CLASS ACTION**<br><br>**ORDER**<br>**GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Sheila K. Oberto |

Having considered the Stipulation To File Second Amended Complaint submitted by Plaintiff Peter Olney ("Plaintiff"), and Defendant Job.com, Inc. ("Job.com"), and finding good cause to grant the stipulation, hereby ORDERS as follows:

1. Plaintiff may file a Second Amended Complaint in the form attached as **Exhibit A** to the Stipulation To File Second Amended Complaint (Doc. 80-1, Exhibit A) on or before December 20, 2013; and

2. Job.com may have through and including twenty (20) days from the filing of the Second Amended Complaint to file a response.

IT IS SO ORDERED.

Dated:   **December 9, 2013**                     **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE