1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **PETER OLNEY, on behalf of himself and all others similarly situated,**<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>**JOB.COM, INC.; and WINDY CITY CALL CENTER, LLC,**<br><br>　　　　Defendant(s) and Third Party Plaintiff,<br><br>v.<br><br>**RESUMEDIRECTOR.COM, NORTH AMERICA LIVE CAREER, INC., LIVECAREER, LTD.,**<br><br>　　　　Third Party Defendants. | Case No:  12-CV-01724-LJO-SKO<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT BIRD DOG MEDIA, LLC PURSUANT TO FED. R. CIV. P. 41(a)** |

ORDER GRANTING REQUEST FOR DISMISSAL OF BIRD DOG MEDIA, LLC WITHOUT PREJUDICE
CASE NO.: 12-CV-01724-LJO-SKO

1
2
3
4
5
6

Having considered plaintiff Peter Olney's ("Plaintiff") request for voluntary dismissal of defendant Bird Dog Media, LLC ("Bird Dog") without prejudice in the above-entitled action, the Court hereby GRANTS Plaintiff's request for voluntary dismissal of Bird Dog in the above-captioned action WITHOUT PREJUDICE.

7
8

IT IS SO ORDERED.

9

Dated:   **December 19, 2013**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28