UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER OLNEY, | CASE NO. CV F 12-1724 LJO SKO |
| Plaintiff, | **ORDER TO VACATE HEARING**<br>(Doc. 54.) |
| vs. | |
| JOB.COM, INC., et al., | |
| Defendants. | |

On August 2, 2013, plaintiff filed his motion for class certification (doc. 54) and on January 13, 2014 filed his notice to withdraw the motion for class certification. As such, this Court:

1. VACATES the February 10, 2014 hearing on the motion for class certification and ORDERS no party to appear on that date; and

2. DIRECTS the clerk to term the motion for class certification (doc. 54).

This Court will take no further action on the motion for class certification (doc. 54).

IT IS SO ORDERED.

Dated:   **January 14, 2014**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1