# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER OLNEY, on behalf of himself and all others similarly situated. | Case No. 1:12-cv-01724-LJO-SKO |
| Plaintiff, | **ORDER SETTING MOTION DEADLINES** |
| v. | |
| JOB.COM, INC., and WINDY CITY CALL CENTER, LLC, | |
| Defendants, | |
| v. | |
| RESUMEDIRECTOR.COM, NORTH AMERICA LIVECAREER, INC., LIVECAREER, LTD., | |
| Third Party Defendants. | |
| _____/ | |

On February 4, 2014, the parties appeared for a telephonic scheduling conference. Nicholas Bontrager, Esq., appeared on behalf of Plaintiff; Hugh McCabe, Esq., and Robert Olson, Esq., appeared on behalf of Defendant Job.com, Inc. ("Job.com"); Cari Dawson, Esq., and Darryl Horowitt, Esq., appeared on behalf of third-party Defendants North America Livecareer, Inc. ("Livecareer") and Resumedirector.com ("Resumedirector"). No appearance was made on behalf

of Defendant Windy City Call Center, LLC as that Defendant has not yet responded to the Second Amended Complaint.

Defendant Job.com indicates that it is prepared to file a motion for summary judgment ("MSJ") as to Plaintiff's individual claims within the next 30 days.  Given that this motion may be dispositive of the entire case, it is more efficient that class discovery remain stayed and the motion for summary judgment be presented to the Court.  *Wright v. Schock*, 742 F.2d 541, 544 (9th Cir. 1984) ("It is reasonable to consider a Rule 56 motion first when early resolution of a motion for summary judgment seems likely to protect both parties and the court from needless and costly further litigation.").  Further, although third-party Defendants Livecareer and Resumedirector indicate a desire to file a motion for judgment on the pleadings as to Defendant Job.com's third-party complaint, Job.com's MSJ has the potential to moot the motion for judgment on the pleadings.  Thus, at this time, the Court sets only a schedule for Job.com to file its MSJ:

1. **Deadline to File MSJ by Job.com:**         **March 4, 2014**
2. **Plaintiff's Opposition Brief Deadline:**    **March 25, 2014**
3. **Reply Brief Deadline:**                     **April 1, 2014**
4. **Hearing on MSJ:**                           **April 15, 2014, at 8:30 a.m.**[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Job.com may file a motion for summary judgment on or before March 4, 2014, with a briefing schedule and hearing date as set forth above;
2. Class discovery remains stayed pending the outcome of Job.com's motion for summary judgment; and
3. A further status conference will be set as appropriate following the Court's ruling on Job.com's motion.

IT IS SO ORDERED.

Dated:   **February 5, 2014**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] This hearing date is subject to availability on Judge O'Neill's calendar and may be reset by the Court to remedy any scheduling conflicts on the Court's calendar that may arise.