# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – LIVE SYSTEM (FRESNO)

| | |
|---|---|
| PETER OLNEY, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JOB.COM, and WINDY CITY CALL CENTER, LLC, <br><br> Defendant(s) and Third Party Plaintiff(s) <br><br> vs. <br><br> RESUMEDIRECTOR.COM, NORTH AMERICA LIVECAREER, INC., LIVE CAREER, LTD., <br><br> Third Party Defendants. | CASE NO. 1:12-CV-01724-LJO-SKO <br><br> **ORDER GRANTING WINDY CITY CALL CENTER, LLC'S REQUEST FOR VOLUNTARY DISMISSAL OF RESUMEDIRECTOR.COM, NORTH AMERICA LIVECAREER, INC., LIVE CAREER, LTD WITHOUT PREJUDICE** |

Based upon Third Party Plaintiff's April 1, 2014 Request for Voluntary Dismissal of Third Party Defendants without prejudice, Doc. 114, and good cause, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES WITHOUT PREJUDICE Third Party Defendants Resumedirector.Com, North America Livecareer, Inc., and Live Career, Ltd.

**SO ORDERED**
**Dated: April 2, 2014**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**

09631-00000 2889718.1 ORDER