**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| **PETER OLNEY, on behalf of himself and all others similarly situated,**<br><br>Plaintiff(s),<br><br>v.<br><br>**JOB.COM, INC., and WINDY CITY CALL CENTER, LLC,**<br><br>Defendant(s) and Third Party Plaintiff(s),<br><br>v.<br><br>**RESUMEDIRECTOR.COM, NORTH AMERICA LIVE CAREER, INC., LIVECAREER, LTD.,**<br><br>Third Party Defendants. | Case No: 12-CV-01724-LJO-SKO<br><br><u>**OLNEY I**</u><br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE COURT'S JUNE 12, 2014 MINUTE ORDER**<br><br><br>Hon. Sheila K. Oberto |

Having considered the Joint Stipulation to Modify the Court's June 12, 2014, Minute Order ("Joint Stipulation"), and finding good cause, the Court hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiff's Expert Report concerning discovery dispute over potential spoliation shall be prepared by: **July 2, 2014**;

2. Plaintiff's Expert Report concerning discovery dispute over potential spoliation shall be disclosed to Job.com by: **July 4, 2014**;

3. Job.com and/or Windy City Call Center LLC's Motion/s for Sanctions shall be filed on or before: **July 16, 2014**;

4. Plaintiff's Opposition brief/s shall be filed on or before: **July 30, 2014**;

5. Job.com and/or Windy City Call Center LLC's Replies shall be filed on or before: **August 6, 2014;**

6. The Court will set a hearing on the motion if deemed necessary; and

7. All other dates are vacated, except for LiveCareer's Motion for Judgment on the Pleadings that is set for hearing on June 19, 2014.

IT IS SO ORDERED.

Dated:   **June 19, 2014**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE