# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER OLNEY**, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff<br><br>               vs.<br><br>**JOB.COM, INC.**; and **WINDY CITY CALL CENTER, LLC**,<br><br>Defendants and<br>Third Party Plaintiff(s),<br>               vs.<br><br>**RESUMEDIRECTOR.COM, NORTH AMERICA LIVE CAREER, INC., LIVE CAREER, LTD.**,<br><br>Third Party Defendants | Case No. 12-CV-01724-LJO-SKO<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class. Each party shall bear its own costs and expenses. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: __December 1, 2014__          ____/s/ Lawrence J. O'Neill__
                                                         UNITED STATES DISTRICT JUDGE